IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| US BORTEK, LLC | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 21-5670 |
| OZ DIRECTIONAL DRILLING, INC. | : | |

**ORDER**

**AND NOW**, this 11th day of July, 2024, upon consideration of Plaintiff US Bortek, LLC's Motion for Default Judgment (ECF No. 28) and all documents submitted in support thereof (ECF Nos. 28-1, 28-2, 30), it is **ORDERED** that Plaintiff's Motion is **GRANTED** and **JUDGMENT BY DEFAULT** is entered in favor of Plaintiff US Bortek, LLC and against Defendant Oz Directional Drilling, Inc. in the total amount of **$878,302.16** as detailed in the accompanying Memorandum.

**IT IS FURTHER ORDERED** that Plaintiff's promissory estoppel and quantum meruit claims (Am. Compl., Counts III, IV) are **DISMISSED**.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**